**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 248 WAL 2022

           Respondent               :

                               :   Petition for Allowance of Appeal
                               :   from the Order of the Superior Court

          v.                     :

                                 :

SAMSON EZEKIEL WASHINGTON,     :

                                 :

           Petitioner                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**. The Application for Stay is **DENIED**, and the Application to Expedite is **DENIED** as moot.